**Tower Finance Corporation, Plaintiff-Appellant, v. James E. McLarning, Jr., Defendant-Appellee.**

**Gen. No. 66–137M.**

Second District.

June 5, 1967.

Redman and Shearer, of St. Charles, for appellant; Constantine Konstans, of St. Charles, for appellee. Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**